SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                    **CHAPTER 13 CASE NO.:**

**HENRY JAMES HARRIS and**
**RENELL HARRIS**                        **22-11040-JDW**

### AGREED ORDER GRANTING MOTION TO IMPOSE AUTOMATIC STAY

THIS MATTER came before the Court on the Debtors' Motion to Impose the Automatic Stay (Dkt. #7) (the "Motion") and the Trustee's Objection to Motion to Impose Automatic Stay (Dkt. #12) filed by Locke D. Barkley, Chapter 13 Trustee.  Upon agreement of the parties,

IT IS ORDERED that:

1.    The Motion shall be and is hereby granted.  The automatic stay of 11 U.S.C. § 362(a) shall be and is hereby imposed as to all creditors.

2.    Should the Debtors become 60 days or more delinquent in Chapter 13 plan payments, calculated from June 1, 2022, this case may be dismissed by subsequent order without further notice or hearing.

3.    Should the present bankruptcy case be dismissed for any reason, the Debtors shall be prohibited from filing a bankruptcy case in this or any other bankruptcy court for a period of 180 days pursuant to 11 U.S.C. § 109(g).

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Jimmy E. McElroy
JIMMY E. McELROY
ATTORNEY FOR DEBTORS

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645